# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SUSAN CASEY,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-00595-VEH-HGD |
| ) | |
| **CITY OF GLENCOE, ALABAMA,**) | |
| ) | |
| ) | |
| **Defendant** ) | |

## MEMORANDUM OPINION AND PARTIAL DISMISSAL ORDER

On February 23, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge. It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion for Judgment on the Pleadings filed by defendant Charles Gilchrist is due to be and hereby is **GRANTED**, and Charles Gilchrist hereby is **DISMISSED WITH PREJUDICE**

as a defendant from this action. This action shall proceed against the City of Glencoe, Alabama.

The parties shall use the case style set out above in all future pleadings.

This action is **REFERRED BACK** to Magistrate Judge Davis for further proceedings.

**DONE** and **ORDERED** this 11th day of March, 2015.

                                        **VIRGINIA EMERSON HOPKINS**
                                        United States District Judge